**United States District Court**
For the Northern District of California

1

2

3                      UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5
                                           )
6                                          )
                                           )
7    IN RE ELI LILLY & CO.                 )        ORDER OF STAY
                                           )
8                                          )
                                           )
9                                          )
                                           )
10                                         )
     _____)
11

12
          All actions before the Honorable Samuel Conti which have Eli
13
     Lilly & Co. as a named defendant are hereby STAYED pending
14
     notification by the MDL Panel regarding transfer of these actions.
15

16        IT IS SO ORDERED.

17
          Dated: June 13, 2006
18
                                     _____
19                                   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28